*Charles E. Hughes, William A. Redding* and *John E. Hubbell* for petitioners. *Messrs. Livingston Gifford* and *Clarence P. Byrnes* for respondent.

No. 270. MISSOURI PACIFIC RAILROAD COMPANY *v.* M. BARRY. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Messrs. R. E. Wiley, Edward J. White,* and *Edgar E. Kinsworthy* for petitioner. *Mr. J. F. Loughborough* for respondent.

No. 278. WONG GAR WAH *v.* WALTER E. CARR, DISTRICT DIRECTOR. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George W. Hott* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 279. CLYDE STEAMSHIP COMPANY *v.* ELIZABETH BEER, ADMINISTRATRIX. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence B. Smith* for petitioner. *Mr. Harold R. Medina* for respondent.

No. 280. NATIONAL BANK SUPPLY COMPANY, INC., *v.* BANKERS UTILITIES COMPANY, INC., AND BUTLER F. GREER. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. C. P. Goepel, Charles E. Townsend* and *William A. Loftus* for petitioner. No appearance for respondents.

No. 281. IDA NOLET LIMOGES AND HONORE NOLET *v.* MINNESOTA IRON COMPANY. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the